# IN THE SUPREME COURT OF PENNSYLVANIA

IN RE: : No. 774
:
REAPPOINTMENT TO THE COMMITTEE : SUPREME COURT RULES DOCKET
ON RULES OF EVIDENCE :

## ORDER

**PER CURIAM**

    **AND NOW**, this 5th day of September, 2018, the Honorable G. Michael Green, Delaware County, is hereby reappointed as a member of the Committee on Rules of Evidence for a term of three years, commencing October 1, 2018.